UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-11016-GW-RAOx | Date | February 26, 2025 |
|---|---|---|---|
| Title | *Christen Suzette Hebrard v. Equifax Information Services LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On February 21, 2025, Plaintiff Christen Suzette Hebrard filed a Notice of Settlement [17]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed by May 7, 2025. The Court sets an order to show re: settlement hearing for May 12, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on May 8, 2025.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |